UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 14  A 11: 16
US DISTRICT COURT
HARTFORD CT

DAVID WATERS

v.

WARDEN BRIAN MURPHY, et al.

PRISONER
Case No. 3:02CV2031(DJS)(TPS)

RULING AND ORDER

Defendants seek an extension of time, until November 1, 2003, to respond to plaintiff's July 13, 2003, request for production of documents. Defendants' motion [doc. #26] is GRANTED.

On September 30, 2003, the court received plaintiff's motion, dated September 6, 2003, seeking an order that he be permitted to interview privately on October 1, 2003, at the Bridgeport Correctional Center, five correctional officers currently assigned to the MacDougall-Walker Correctional Institution. He states that he needs to "make the necessary appropriate assessment of [his] correctional officer witness[es]."

Because plaintiff's motion did not reach the court in a timely manner, the relief requested cannot be granted. Accordingly, plaintiff's motion [**doc. #27**] is **DENIED** as moot. Further, the court generally does not become involved in initial stages of discovery. If plaintiff wishes to meet with potential witnesses, he must make those arrangements. See Beard v. Stephens, 372 F.2d 685 (5th Cir. 1967) (in forma pauperis status does not encompass affirmative assistance in conducting civil case). Plaintiff should seek the assistance of Inmates' Legal Assistance Program in obtaining

information about these correctional officers and their willingness to act as witnesses in his behalf.

**SO ORDERED** this __14th__ day of October, 2003, at Hartford, Connecticut.

Thomas P. Smith
United States Magistrate Judge

2