OCT 15 2003

FILED

2003 OCT 30 P 3:22

US DISTRICT COURT
BRIDGEPORT CT

David Waters #141241
Docket no# 3:02 cv 2031 - DJS - TPS
        v.
Warden Brian K. Murphy et al.


Plaintiff motion for Partial
Summary Judgment
Pursuant to Rule #56.
Fed. R. Civ. P.


1. Plaintiff David Waters respectfully request This court to grant him Summary Judgment as to the liability of Defendants, Brian K. Murphy, Ray Massa, and Lt. Hearing officer Murray. For Damages For the denial To the Plaintiff of the Due Process of law, The reason therefor are set forth in the Plaintiff affidavit and brief in support of this motion." 10-7-03

David Waters # 141241
BCC 1106 North Ave
BPT Conn  06604

David Waters #141241
Docket no 3:02cv2031-DSS-TPS
v.
Warden Brien v. murphy

Certification                David
                             Waters    141241

I hereby certify that a copy the Foregoing was mail to the following Assist Att Gen Richard T. Biggar 110 Sherman st Hartford conn 06106 on and about 10-7-03 - 10-9-03

From Pro-se
David Waters #141241 - 10-26-03
BCC 1106 north AVE
BPT conn 06604