OCT 15 2003

FILED

2003 OCT 30 P 3:22

US DISTRICT COURT
BRIDGEPORT CT

David Waters #141241
Docket no## 3:02cv2031-DJS -TPS

v.

Warden Brian K. Murphy

Statement of Undisputed Facts
Pursuant to local Rule 9(c)

1. The Plaintiff submits the following list of undisputed facts that entitle him to partial summary judgment on his claim of Denial of due process of law.

2. The Plaintiff was charged by prison officials with the serious disciplinary offenses of threatening counselor.

Daniel Waters #141241
Docket no# 3:02 cv 2031 - DJS - TPS
 v,
Warden Brian K. Murphy

### Statement of undisputed Facts Pursuant to Rule # 9(c)

3. False evidence was submitted on use to convict Plaintiff on July 24-02.

4. Defendant Lt. Hearing officer Found the Plaintiff guilty of this serious threating charged, If anyone had giving serious thought of the material after reading this, False disciplinary report, a Rational and Impartial mind naturally leads to The conclusion, that this counselor Disciplinary report has been contradict By all my correctional officer witness They agree this disciplinary report file on 7-12-02 by counselor massa is Deliberately And knowingly False !"

David Waters #141241
Docket no# 3:02CV2031-DJS-TPS
           v.
Warden Brian K. Murphy

## Certification

David Waters #141241

I hereby certify that a copy of the foregoing was mail to the following. Assistan Att Gen Richard T Biggar, at 110 Sherman st Hartford, conn 06106 on and about 10-7-03 or 10-9-03

David Waters

Pro-se
David Waters # 141241  -  10-26-03
Bcc 1106 north Ave
BPT conn 06604