UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DAVID WATERS | : | PRISONER<br>CIVIL NO. 3:02CV2031 (DJS)(TPS) |
| v. | : | |
| WARDEN MURPHY, ET AL. | : | NOVEMBER 20, 2003 |

### MOTION FOR EXTENSION OF TIME

The defendants respectfully move that this Court grant them an extension of time, nunc pro tunc, from November 20, 2003 to January 6, 2004, to file their response to the plaintiff's partial motion for summary judgment, filed October 15, 2003. Such an extension of time is necessary in order to obtain the necessary exhibits and affidavits and to research and write the defendants' response.

This is the defendants' first request for an extension of time to respond to the plaintiff's motion for partial summary judgment. The defendants' counsel has not contacted the plaintiff as he is proceeding pro se and is incarcerated in the custody of the Commissioner of Correction.

**WHEREFORE**, it is respectfully requested that this motion be granted.

DEFENDANTS
Warden Murphy, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    _____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05228
E-Mail:  richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this ~~20th~~ 21st day

of November 2003:

David Waters #141241
Bridgeport Correctional Center
1106 North Avenue
Bridgeport, CT 06604

_____
Richard T. Biggar
Assistant Attorney General