# WITHDRAWAL
JD-CV-41 Rev. 1-97

## STATE OF CONNECTICUT
## SUPERIOR COURT
COMPLETE ALL SECTIONS BELOW

**DOCKET NO.** 3:02 cv 2031-DJS-TPS
**RETURN DATE**

**NAME OF CASE** (FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT): Waters v. Murphy, etal

[x] Judicial District    [ ] Housing Session    [x] G.A. No.

**ADDRESS OF COURT** (No., street, town and zip code): 915 Lafayette 2003 Blvd Bridgeport conn 06604

FILED 2003 US DISTRICT COURT BRIDGEPORT CT

## SECTION I (check only one box) THIS WITHDRAWAL IS BEING FILED BECAUSE THE DISPUTE HAS BEEN RESOLVED BY:

**I. COURT-ANNEXED ADR**
- 411088 [ ] Early Intervention
- 411089 [ ] Early Neutral Evaluation
- 411090 [ ] Attorney Trial Referee
- 411091 [ ] Fact-Finding
- 411093 [ ] Arbitration
- 411094 [ ] Mediation
- 411095 [ ] Special Masters
- 411096 [ ] Summary Jury Trial

**II. COURT INTERVENTION**
- 411098 [ ] Pretrial Conference
- 411099 [ ] Trial Management Conference
- 411100 [ ] Commencement of Trial (court trial - first witness sworn; jury trial - trial jurors sworn)

**III. PRIVATE ADR**
- 411102 [ ] Provider Name:

**IV. OTHER**
- 411103 [ ] Discussion of Parties on Their Own

## SECTION II    WITHDRAWAL

(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)

--- DISPOSITIVE ---
- (WDACT) [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.
- (WOARD) [ ] A judgment has been rendered against Defendant(s): ___ and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

--- PARTIAL ---
The
- (WDCOMP) [ ] Complaint
- (WDCOUNT) [ ] Counts of the complaint:
- (WDCOMP) [ ] Intervening Complaint
- (WDTHPC) [ ] Third Party Complaint
- (WAPPCOM) [ ] Apportionment Complaint
- (WDCC) [ ] Cross Complaint (cross claim)
- (WOC) [ ] Counterclaim
- (WOAAP) [ ] Plaintiff(s):
- WOAAD [x] Complaint against defendant(s): Waters v. murphy etal 302cv2031 ___ only w/o costs
- [ ] Other:

in the above entitled action is withdrawn.

**SIGNATURE REQUIRED** Pro-se

| Party | Name | By | Attorney |
|---|---|---|---|
| Plaintiff | David Waters # 141241 | Assist Atty Gen | Attorney |
| Plaintiff | | Richard T. Biggar | Attorney |
| Defendant | Warden Brian Murphy etal | Kathleen A. Keating 110 Sherman St Hartford conn 06105 | Attorney |
| Defendant | Miller etal Docket 303CV909-JBA | | Attorney |

**NAME & ADDRESS OF SIGNER:** → David Waters 1106 North Ave Bpt conn 06604

## SECTION III    CERTIFICATION

I hereby certify that a copy was mailed/delivered to all counsel and pro se parties of record on:

**DATE:** 
**SIGNED** (Individual attorney or pro se party): X David Waters
**PHONE NO.** (area code first): ( )
**NAME OF EACH PARTY SERVED:** Att Richard T Biggar, Att Kathleen Keating
**ADDRESS AT WHICH SERVICE WAS MADE:** 110 Sherman St Hartford, Conn 06105

* If necessary, attach additional sheet with names of each party served and the address at which service was made.