28

Docket no# 302 cv 2031 - DJS -

David Waters # 141241

v.

Warden Murphy, et al

10-7-03

*December 2, 2003 Granted absent objection.* /s/ D.J.S., U.S.M.J.

Depositions written motion To obtain leave of Court To file # 19 Depositions Questions Pursuant to Fed Rule of Civil Procedure 26 (b) (2) or rule 30. When result in more Than ten Depositions

1. Plaintiff File written Depositions motion on 9-30-03.

2. The Plaintiff hereby ask this court To grant this motion. And Respectfully apologize for any Inconvenience that this motion may bring. David Waters II 141241