UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 DEC 11  P 4: 10

US DISTRICT COURT
HARTFORD CT

DAVID WATERS

v.

WARDEN BRIAN MURPHY, et al.

PRISONER
Case No. 3:02CV2031(DJS)(TPS)

### RULING AND ORDER

Plaintiff has filed in this case a form used in state court to withdraw an action. He includes the case caption and docket number of this case on the form and has identified the court address as the address of the federal court in Bridgeport, Connecticut, the seat of court where this case file is maintained. Plaintiff indicates that he wishes to withdraw the complaint in this action without costs. Because plaintiff clearly has referenced this federal action on his form, the court concludes that plaintiff intends to withdraw this action, and not an action filed in the state court.

The Clerk has docketed the form as a motion to withdraw the action. Plaintiff's motion [doc. #36] is **GRANTED** without prejudice. Plaintiff also referenced another case pending in federal court. If he wishes to withdraw the other case, <u>Waters v. Miller, et al.</u>, No. 3:03cv909 (JBA), plaintiff must file a motion in that case.

**SO ORDERED** this 11th day of December, 2003, at Hartford, Connecticut.

Dominic J. Squatrito
United States District Judge