UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID WATERS
                                                      PRISONER
    v.                                    CIVIL 3:03cv2031 (DJS)

WARDEN BRIAN MURPHY
RAY MASSA
LT. MURRAY

### J U D G M E N T

This cause came on for consideration of the plaintiff's motion to withdraw this action before the Honorable Dominic J. Squatrito, United States District Judge.

On December 11, 2003, the Court considered the motion and filed its Ruling and Order granting the motion without prejudice.

It is therefore **ORDERED** and **ADJUDGED** that the case is dismissed without prejudice and the matter is closed, in accordance with the Court's order.

Dated at Bridgeport, Connecticut this 19th of December, 2003.

                                                  KEVIN F. ROWE, Clerk

                                                  By /s/ Cynthia Earle
                                                       Cynthia Earle
                                                         Deputy Clerk

Entry on Docket _____